ROYAL &
SUNALLIANCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART QUICK REFERENCE

### READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverage and Limits of Insurance

**Beginning
On Page**

**SECTION I - COVERAGES**

| | | |
|---|---|---|
| Coverage A -<br>  Bodily Injury and Property Damage Liability | Insuring Agreement<br>Exclusions | 1 |
| Coverage B -<br>  Personal and Advertising Injury Liability | Insuring Agreement<br>Exclusions | 5 |
| Coverage C -<br>  Medical Payments | Insuring Agreement<br>Exclusions | 7 |
| Supplementary Payments | | 7 |

**SECTION II - WHO IS AN INSURED**    9

**SECTION III - LIMITS OF INSURANCE**    10

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**    10

| | |
|---|---|
| Bankruptcy | Premium Audit |
| Duties In The Event of Occurrence, Offense,<br>  Claim or Suit | Representations |
| Legal Action Against Us | Separation of Insureds |
| Other Insurance | Transfer of Rights of Recovery Against<br>  Others to Us When We Do Not Renew |

**SECTION V - DEFINITIONS**    12

**CG 00 02 ONLY**

**SECTION V - EXTENDED REPORTING PERIODS**    12

**SECTION VI - DEFINITIONS**    13

**COMMON POLICY CONDITIONS**

| | |
|---|---|
| Cancellations | Inspections and Surveys |
| Changes | Premiums |
| Examination of Your Books and Records | Transfer of Your Rights and Duties<br>  Under this Policy |

**ENDORSEMENTS (If Any)**

**EXHIBIT**

tabbies*    _C_


ROYAL &
SUNALLIANCE

# Commercial General Liability Coverage Part Declarations

Policy No.: G2 SV035675 0000                    Effective Date: 12/28/2002

**Named Insured and Mailing Address:**

    PEOPLES COMMUNITY BANK
    P.O. BOX 218
    COLQUITT       GA 31737

## Limits of Insurance

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT | $ | 2,000,000 |
| (OTHER THAN PRODUCTS/COMPLETED OPERATIONS) | | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMITS | $ | 2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 |
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| FIRE DAMAGE LIMIT (ANY ONE FIRE) | $ | 300,000 |
| MEDICAL EXPENSE LIMIT (ANY ONE PERSON) | $ | 10,000 |

## Form of Business

    CORPORATION

## Location of All Premises You Own, Rent or Occupy

    For description of the insured premises, please refer to the attached schedules.

## Classifications

    All classifications applicable to this coverage form may be found in the attached schedules.

## Coverage Forms and Endorsements Attached to this Policy:

```
TT 00 02 01 87   TT 00 17 02 02   GC 00 62 01 91   GC 03 70 02 02   GC 04 97 04 98
GC 00 63 01 92   CG 00 01 10 01   GC 00 23 05 96   IL 02 62 07 02   GC 00 38 12 87
CG 21 47 07 98   IL 00 21 07 02   GC 00 01 01 87   CG 02 20 03 98
```

These declarations, when combined with the Common Policy Declarations, Common Policy Conditions, Coverage Forms and Endorsements, if any, forming a part thereof, complete the contract of insurance.

GC 99 99 01 87                    EXTRA COPY

ROYAL & SUNALLIANCE

SCHEDULE OF CLASSIFICATION, SUBLINE, AND MINIMUM PREMIUM INFORMATION

POLICY NO. G2 SV035675 0000                    EFFECTIVE DATE: 12/28/2002

| CLASS | CLASS DESCRIPTION | LOCATION NO. |
|-------|-------------------|--------------|
| 61223 | BUILDINGS OR PREMISES-BANK- AND OTHER FINANCIAL INSTITUTIONS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT FIDUCIARY LIABILITY COVERAGE NOT PROVIDED | 0001 0002 0003 0004 0005 0006 0007 0008 0009 0010 0011 0012 0013 |
| 61224 | BUILDINGS OR PREMISES-BANK OR OFFICE- PREMISES PRIMARILY OCCUPIED BY EMPLOYEES OF THE INSURED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT OTHER THAN NOT-FOR PROFIT | 0001 0003 0005 0006 0007 0008 0009 0010 0011 0012 0013 |
| 98444 | PREMISES/OPERATIONS AND PRODUCTS COMPLETED OPERATIONS-NOC GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT | ALL |

| SUBLINE | SUBLINE DESCRIPTION | MINIMUM PREMIUM | BTM PREMIUM |
|---------|--------------------|-----------------|-------------|
| 334 | PREMISES/OPERATIONS | 148.00 | 0.00 |

GC 99 97 05 93                    EXTRA COPY

ROYAL & 
SUNALLIANCE

SCHEDULE OF COVERED PREMISES/OPERATIONS

POLICY NO. G2 SV035675 0000                    EFFECTIVE DATE: 12/28/2002

```
LOC.  NO.           LOCATION
----  ---           --------
0001  001           PRINCE ST.
                    AMERICUS        GA 31709

CLASS  SUBLINE  EXPOSURE        EXPOSURE BASIS
-----  -------  --------        --------------------------
61223   334     1400       AREA        , THOUSANDS
61224   334     5600       AREA        , THOUSANDS
```

```
LOC.  NO.           LOCATION
----  ---           --------
0002  001           PRINCE ST.
                    AMERICUS        GA 31709

CLASS  SUBLINE  EXPOSURE        EXPOSURE BASIS
-----  -------  --------        --------------------------
61223   334     1000       AREA        , THOUSANDS
```

```
LOC.  NO.           LOCATION
----  ---           --------
0003  001           801 10TH STREET
                    MALONE          FL 32445

CLASS  SUBLINE  EXPOSURE        EXPOSURE BASIS
-----  -------  --------        --------------------------
61223   334     1040       AREA        , THOUSANDS
61224   334     4160       AREA        , THOUSANDS
```

```
LOC.  NO.           LOCATION
----  ---           --------
0004  001           803 10TH STREET
                    MALONE          FL 32445

CLASS  SUBLINE  EXPOSURE        EXPOSURE BASIS
-----  -------  --------        --------------------------
61223   334     1500       AREA        , THOUSANDS
```


ROYAL &
SUNALLIANCE

SCHEDULE OF COVERED PREMISES/OPERATIONS

POLICY NO. G2 SV035675 0000                    EFFECTIVE DATE: 12/28/2002

LOC.  NO.          LOCATION
----  ---          --------
0005  001          E. SIDE ROAD 72
                   GREENWOOD        FL 32443

| CLASS | SUBLINE | EXPOSURE | EXPOSURE BASIS | |
|-------|---------|----------|---------|---------|
| 61223 | 334 | 460 | AREA | , THOUSANDS |
| 61224 | 334 | 1840 | AREA | , THOUSANDS |

LOC.  NO.          LOCATION
----  ---          --------
0006  001          2546 COMMERCIAL PARK
                   MARIANNA         FL 32446

| CLASS | SUBLINE | EXPOSURE | EXPOSURE BASIS | |
|-------|---------|----------|---------|---------|
| 61223 | 334 | 1360 | AREA | , THOUSANDS |
| 61224 | 334 | 5440 | AREA | , THOUSANDS |

LOC.  NO.          LOCATION
----  ---          --------
0007  001          109 CHURCH ST.
                   COLUMBIA         AL 36319

| CLASS | SUBLINE | EXPOSURE | EXPOSURE BASIS | |
|-------|---------|----------|---------|---------|
| 61223 | 334 | 1500 | AREA | , THOUSANDS |
| 61224 | 334 | 6000 | AREA | , THOUSANDS |

LOC.  NO.          LOCATION
----  ---          --------
0008  001          2926 ROSS CLARK DRIVE
                   DOTHAN           AL 36301

| CLASS | SUBLINE | EXPOSURE | EXPOSURE BASIS | |
|-------|---------|----------|---------|---------|
| 61223 | 334 | 1500 | AREA | , THOUSANDS |

GC 99 97 05 93                    EXTRA COPY



ROYAL &
SUNALLIANCE

## SCHEDULE OF COVERED PREMISES/OPERATIONS

POLICY NO. G2 SV035675 0000                     EFFECTIVE DATE: 12/28/2002

LOC.  NO.              LOCATION
----  ---              --------
0008  001              2926 ROSS CLARK DRIVE
                       DOTHAN          AL 36301

CLASS  SUBLINE  EXPOSURE      EXPOSURE BASIS
-----  -------  --------      --------------------------
61224    334    6000      AREA      , THOUSANDS

LOC.  NO.              LOCATION
----  ---              --------
0009  001              414 BROAD STREET
                       ASHFORD         AL 36312

CLASS  SUBLINE  EXPOSURE      EXPOSURE BASIS
-----  -------  --------      --------------------------
61223    334    700       AREA      , THOUSANDS
61224    334    2800      AREA      , THOUSANDS

LOC.  NO.              LOCATION
----  ---              --------
0010  001              519 KIRKLAND ST.
                       ABBEVILE        AL 36310

CLASS  SUBLINE  EXPOSURE      EXPOSURE BASIS
-----  -------  --------      --------------------------
61223    334    400       AREA      , THOUSANDS
61224    334    1600      AREA      , THOUSANDS

LOC.  NO.              LOCATION
----  ---              --------
0011  001              101 PAINTER AVE.
                       OZARK           AL 36360

CLASS  SUBLINE  EXPOSURE      EXPOSURE BASIS
-----  -------  --------      --------------------------
61223    334    500       AREA      , THOUSANDS

GC 99 97 05 93                  EXTRA COPY



ROYAL &
SUN ALLIANCE

SCHEDULE OF COVERED PREMISES/OPERATIONS

POLICY NO. G2 SV035675 0000                    EFFECTIVE DATE: 12/28/2002

---

LOC.  NO.           LOCATION
----  ---           --------
0011  001           101 PAINTER AVE.
                    OZARK              AL 36360

CLASS  SUBLINE  EXPOSURE     EXPOSURE BASIS
-----  -------  --------     -------------------------
61224   334     2000         AREA      , THOUSANDS

---

LOC.  NO.           LOCATION
----  ---           --------
0012  001           1245 EUFAULA ST.
                    EUFAULA            AL 36027

CLASS  SUBLINE  EXPOSURE     EXPOSURE BASIS
-----  -------  --------     -------------------------
61223   334     1700         AREA      , THOUSANDS
61224   334     6800         AREA      , THOUSANDS

---

LOC.  NO.           LOCATION
----  ---           --------
0013  001           1615 MAIN STREET
                    CHIPLEY            FL 32428

CLASS  SUBLINE  EXPOSURE     EXPOSURE BASIS
-----  -------  --------     -------------------------
61223   334     1380         AREA      , THOUSANDS
61224   334     5520         AREA      , THOUSANDS

---

CLASS  SUBLINE     PREMIUM BASIS
-----  -------     ----------------
98444   334        1.0% OF SUBLINE PREMIUM

---

GC 99 97 05 93                     EXTRA COPY

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V  Definitions

## SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage" or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

          (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

          (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   c. **Liquor Liability**

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

      This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

   d. **Workers' Compensation And Similar Laws**

      Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

   e. **Employer's Liability**

      "Bodily injury" to:

      (1) An "employee" of the insured arising out of and in the course of:

          (a) Employment by the insured; or

          (b) Performing duties related to the conduct of the insured's business; or

      (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

      This exclusion applies:

      (1) Whether the insured may be liable as an employer or in any other capacity; and

      (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

      This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    (i) Any insured; or

    (ii) Any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

Copyright ISO Properties, Inc., 2000

BH80    G2 SV035675 0000    1001    01162003    PO-00003669

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

### g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

### j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

Copyright ISO Properties, Inc., 2000

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a.** Knowing Violation Of Rights Of Another

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.** Material Published With Knowledge Of Falsity

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.** Material Published Prior To Policy Period

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d.** Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.** Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.** Breach Of Contract

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.** Quality Or Performance Of Goods - Failure To Conform To Statements

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.** Wrong Description Of Prices

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.** Infringement Of Copyright, Patent, trademark Or Trade Secret

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** Insureds In Media And Internet Type Business

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.** Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

Copyright ISO Properties, Inc., 2000

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

 Copyright ISO Properties, Inc., 2000

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

Copyright ISO Properties, Inc., 2000

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes un-controllable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, de-ficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a con-tract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or re-moval of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or or-ganization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connec-tion with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an in-demnification of a municipality in connection with work performed for a municipality) un-der which you assume the tort liability of an-other party to pay for "bodily injury" or "property damage" to a third person or or-ganization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or draw-ings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the pri-mary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, in-spection, architectural or engineering ac-tivities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to per-form duties related to the conduct of your busi-ness. "Leased worker" does not include a "tem-porary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an air-craft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechani-cal device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    (1) Power cranes, shovels, loaders, diggers or drills; or

    (2) Road construction or resurfacing equip-ment such as graders, scrapers or roll-ers;

 Copyright ISO Properties, Inc., 2000

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  (1) Products that are still in your physical possession; or

  (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    (a) When all of the work called for in your contract has been completed.

    (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

  (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

  (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

  (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

Copyright ISO Properties, Inc., 2000


ROYAL &
SUNALLIANCE

# CONFORMITY WITH STATUTE

*Type policy number only, in this section above the heavy line, IF issued with policy and attachment stated in policy declarations.*

| If this endorsement is listed in the policy declarations, it is in effect from the time coverage under this policy commences.    Otherwise, the effective date of this endorsement is as shown below at the same time or hour of the day as the policy became effective. | COUNTERSIGNED BY: |
|---|---|
| | AUTHORIZED REPRESENTATIVE |

COMPANY

| PRODUCER CODE | ENDORSEMENT (MO., DAY, YR) EFFECTIVE DATE | POLICY SYMBOL & NO. G2 SV035675 0000 |
|---|---|---|
| Named Insured (and address, zip code when necessary for mailing) | Producer (and address, zip code, for mailing) | |

Any terms of this policy which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

GC 0038 1287

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

(4) A substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

B. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1997

BHAD    G2 SV035675 0000    T001        01162003        P0-00003677

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I    Coverage A    Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I    Coverage B    Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

ROYAL & SUNALLIANCE

*This Endorsement Changes the Policy. Please Read it Carefully.*

# ABSOLUTE ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In consideration of the premium charged, it is agreed that the insurance provided by this policy shall not apply to any loss, claim or expense caused by, resulting from or arising out of asbestos, exposure to asbestos, or any product containing asbestos.

It is further agreed that we shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit excluded herein.

GC 0001 0187

BH80    G2 SV035675 0000    T001    01162003    P0-00003679



*This Endorsement Changes the Policy. Please Read it Carefully.*

## LEAD LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In consideration of the premium charged, it is agreed that the insurance provided by this policy shall not apply to any loss, claim or expense caused by, resulting from or arising out of lead, paint containing lead, or any other material or substance containing lead.

It is further agreed that we shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit excluded herein.

GC 0062 0191



*This Endorsement Changes the Policy. Please Read it Carefully.*

# FINANCIAL INSTITUTION GENERAL LIABILITY COVERAGE ENHANCEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. **LIMITED DEFENSE COVERAGE FOR INDEMNITEES**

   **Section I, COVERAGE A., ITEM 2. Exclusions**, exclusion **b. Contractual Liability (2)** is amended as follows:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are covered under the terms of **SUPPLEMENTARY PAYMENTS- COVERAGE A AND B**, except that the provision that the insured must also be named is waived, provided:

   (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

   (b) Such attorney fees and litigation expenses are for the defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. **NON-OWNED WATERCRAFT**

   Under **SECTION I COVERAGE A., ITEM 2, EXCLUSIONS**, item **g.**, paragraph **(2)(a)** is amended as follows:

   (a) Less than 51 feet long; and

   This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

3. **PROPERTY DAMAGE COVERAGE EXTENSIONS**

   Under **SECTION I - COVERAGE A., ITEM 2 EXCLUSIONS**, paragraph **j.** is replaced in its entirety with the following:

   **j. Damage to Property**

   "Property damage" to:

   (1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

   (2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

   (3) Property loaned to you;

   (4) Personal property in the care, custody or control of the insured;

   (5) That particular part of real property on which you or any contractors or subcontractors, working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

   (6) That particular part of any property than must be restored, repaired or replaced because "your work" was incorrectly performed on it.

BHBB    G2 SVD35675 0000    T001        01162003        P0-00003681

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs (3), (4) and (6) of this exclusion do not apply to "property damage" to property while on or being moved onto or off an elevator. This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

This exclusion does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations. This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

**Paragraph k. is replaced by the following:**

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

This exclusion does not apply to "property damage" to "your product" while on, being moved onto or off an elevator; or liability assumed under a contract or agreement.

This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

4. **FIRE, LIGHTNING OR EXPLOSION DAMAGE**

The last paragraph of **SECTION I, COVERAGE A, 2 EXCLUSIONS** is replaced by the following:

Exclusions c. through n. do not apply to damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in SECTION III - Limits of Insurance.

Paragraph 6 of SECTION III - LIMITS OF INSURANCE is replaced by the following:

6. Subject to 5 above, the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning or explosion or any combination of the three, while rented to you or temporarily occupied by you with permission of the owner, is the greater of:

   a. $300,000; or

   b. The amount shown next to the Damage To Premises Rented To You Limit in the Declarations.

This provision 4. does not apply if Damage To Premises Rented To You Coverage is not provided by this policy.

5. **CONTRACTUAL LIABILITY COVERAGE FOR PERSONAL AND ADVERTISING INJURY**

Subparagraph e. of Paragraph 2. - Exclusions of Section I - Coverage B - PERSONAL AND ADVERTISING INJURY LIABILITY is replaced by the following:

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

   (1) Liability for damages that the insured would have in the absence of the contract or agreement; or

   (2) Liability for "personal and advertising injury" if:

      (a) The liability pertains to your business and is assumed in an "insured contract" in which you assume the tort liability of another. Tort liability means a liability that would be imposed in the absence of any contract or agreement; and

---

(b) The "personal and advertising injury" occurs subsequent to the execution of the "insured contract"; and

(c) The "personal and advertising injury" arises out of the offenses of false arrest, detention or imprisonment.

6. **MEDICAL AND DENTAL PAYMENTS, INCLUDING PRODUCTS - COMPLETED OPERATIONS**

A. Under **SECTION I, COVERAGE C., MEDICAL PAYMENTS, 1. Insuring Agreement**, paragraph **a.** is replaced by the following:

a. We will pay medical and dental expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent;

(3) Because of your operations; or

(4) Included within the "Products - Completed Operations Hazard."

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within three years of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**Item 2., Exclusions, exclusion f. Products - Completed Operations Hazard** is deleted.

B. Under **SECTION III, LIMITS OF INSURANCE**, paragraphs **3.** and **7.** are replaced by the following:

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" and Coverage **C** for "bodily injury" included in the "products-completed operations hazard".

7. Subject to 5. above, the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person is the greater of:

1. $10,000; or

2. The amount shown in the Declarations for Medical Expense Limit.

C. This provision 6 does not apply if **COVERAGE C., MEDICAL PAYMENTS** is not provided by this policy or if Products-Completed Operations coverage is not provided by this policy.

7. **BAIL BONDS/LOSS OF EARNINGS**

Under **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B:**

1. Paragraph **1.b.** is revised to increase the limit for the cost of bail bonds from **$250** to **$3000**; and

2. Paragraph **1.d.** is revised to increase the limit for loss of earnings from **$250** a day to **$400** a day.

8. **WHO IS AN INSURED**

A. **TRUSTS**

Under **SECTION II - WHO IS AN INSURED**, Item **1.e.** is deleted.

B. **CLUB MEMBERS**

**SECTION II, WHO IS AN INSURED** is amended to include as an insured "employees" of the insured who participate in clubs or organizations that are a function of employment and operate with the full knowledge and approval of the insured, but only with respect to their liability for activities they perform on your behalf.

C. **INCIDENTAL MEDICAL MALPRACTICE**

Under **SECTION II - WHO IS AN INSURED**, Item **2.a. (1) (d)** is replaced by the following:

(d) Arising out of his or her providing or failing to provide the following services if you are in the business or occupation of providing those services:

(i) Medical, surgical, paramedical, dental, x-ray or nursing service or treatment and the furnishing of food or beverages in connection with any such service or treatment; or

(ii) The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

GC 0370 0202

This insurance is excess over any other valid and collectible insurance available to the insured whether primary, excess or contingent.

## D. NEWLY ACQUIRED ORGANIZATIONS

Under **SECTION II - WHO IS AN INSURED, ITEM 4** is replaced by the following:

4. Any organization over which you maintain more than 50% ownership will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   b. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

## E. LESSORS OF LEASED EQUIPMENT

Any person or organization from whom you lease equipment is an insured, but only when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization. A person's or organization's status as an insured under this provision ends when their contract or agreement with you for such leased equipment ends.

With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

This insurance does not apply to any "occurrence" which takes place after any equipment lease expires.

## F. USERS OF WATERCRAFT

The following is added to **SECTION II - WHO IS AN INSURED:**

Any person, who with your consent, either uses or is responsible for the use of a watercraft is an insured, but only for their liability arising out of the use or operation of that watercraft on your behalf.

## G. VENDORS

If this policy provides Products Liability Coverage, **WHO IS AN INSURED (SECTION II)** is amended to include as an insured any vendor you are required by a written contract, or agreement to name as an insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor;

   d. Repackaging, unless unpacked solely for the purposes of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container.

   e. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   f. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured vendor from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

## H. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT

The following is added to **SECTION II - WHO IS AN INSURED:**

5. Any person or organization not otherwise identified in this coverage or by endorsement to this coverage as an insured and that you are required by written contract, written agreement or written permit to name as an insured but only for:

   a. The minimum limits of liability stipulated in that written contract, written agreement or written permit; or

   b. The amount of the loss not to exceed the Limit of Liability shown in the Declarations, whichever is less,

   with respect to liability arising out of your ongoing operations performed for that additional insured by the named insured at the location designated in the written contract, written agreement or written permit or premises leased or used by you. A person's or organization's status as an insured ends when your operations for that insured are completed.

When an additional insured is added under this provision, and the written contract, written agreement or written permit requires the insurance to be primary and noncontributory, then this insurance is primary except when the Excess Provision under condition **4. Other Insurance** in **Section IV Commercial Liability Conditions** applies. If this insurance is primary our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the Method of Sharing provision under condition **4. Other Insurance in Section IV Commercial Liability Conditions.** But we will not seek contribution or participation by other insurance which by a written agreement or written permit executed by you prior to the loss provides that this policy will be primary and noncontributory.

This insurance does not apply unless the written contract, written agreement or written permit is executed prior to the "occurrence". This insurance does not apply to the rendering or failure to render any professional services.

## 9. AGGREGATE LIMITS OF INSURANCE (Per Location)

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **COVERAGE A (SECTION I)**, and for all medical expenses caused by accidents under **COVERAGE C (SECTION I)**, which can be attributed only to operations at a single designated "location" shown in the Schedule:

   1. A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   2. The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under **COVERAGE A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under **COVERAGE C** regardless of the number of:

      a. Insureds;

      b. Claims made or "suits" brought; or

      c. Persons or organizations making claims or bringing "suits".

   3. Any payments made under **COVERAGE A** for damages or under **COVERAGE C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule.

   4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **COVERAGE A (SECTION I)**, and for all medical expenses caused by accidents under **COVERAGE C (SECTION I)**, which cannot be attributed only to operations at a single designated "location" shown in the Schedule:

BH80    G2 SV035675 0000    T001        01162003        P0-00003683

1. Any payments made under **COVERAGE A** for damages or under **COVERAGE C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products - completed operations hazard" will reduce the Products - Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D. For the purposes of this coverage, the Definitions Section is amended by the addition of the following definition:

   "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E. The provisions of **LIMITS OF INSURANCE (SECTION III)** not otherwise modified by this provision shall continue to apply as stipulated.

**10. KNOWLEDGE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABLITY CONDITIONS, ITEM 2 - DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT**, the following is added:

e. You must give us or our authorized representative prompt notice of an "occurrence", claim or loss only when the "occurrence", claim or loss is known to:

   (1) You, if you are an individual;

   (2) A partner, if you are a partnership;

   (3) An "executive officer" or the "employee" designated by you to give such notice, if you are a corporation; or

   (4) A manager, if you are a limited liability company.

**11. REVISED NOTICE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, ITEM 2 - DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT**, the following is added:

f. Your rights under this policy will not be prejudiced if you fail to give us notice of an "occurrence" or claim, and that failure is solely due to your reasonable belief that the "bodily injury" or "property damage" is not covered under this policy.

**12. UNINTENTIONAL ERRORS OR OMISSIONS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, ITEM 6 - Representations**, the following is added:

d. We will not disclaim coverage under this Coverage Form if you unintentionally fail to disclose all hazards existing as of the inception date of this policy. However, we have the right to collect additional premium for any such hazard.

**13. WAIVER OF SUBROGATION**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITONS**, the following is added to condition 8. **Transfer of Rights of Recovery Against Others to Us:**

If the insured has waived those rights before a loss, our rights are waived also.

**14. BROADENED BODILY INJURY**

Under **SECTION V - DEFINITIONS**, the definition of "bodily injury" is replaced by the following:

3. "Bodily injury" means bodily injury, sickness, disease, disability, shock, mental anguish, mental injury and humiliation sustained by a person, including death resulting from any of these at any time.

**15. FELLOW EMPLOYEE COVERAGE**

In **SECTION V - DEFINITIONS**, item 6. "Executive officer" is replaced by the following:

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document. The term also includes, at your option, and subject to the terms of this policy, your managers, supervisors or any "employees" designated by you.

16. **INSURED CONTRACT**

In **SECTION V - DEFINITIONS, definition 9.** "insured contract" is replaced by the following:

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. An easement or license agreement;

   d. Any obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

   1. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   2. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs, or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   3. Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2. above and supervisory, inspection, architectural or engineering activities.

17. **MOBILE EQUIPMENT REDEFINED**

Under **SECTION V - DEFINITIONS, ITEM 12,** "Mobile equipment" paragraph f (1)(a)(b)(c) does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

18. **CANCELLATION CONDITION**

Under **COMMON POLICY CONDITIONS, SECTION A., FORM IL 0017 - CANCELLATION,** paragraph 2 is replaced by the following:

   2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      a. Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

      b. 60 days before the effective date of cancellation if we cancel for any other reason.

Under **COMMON POLICY CONDTIONS, SECTION A. FORM IL0017, - CANCELLATION,** the following is added:

   7. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 60 days prior to the expiration date of the policy.

19. **LIBERALIZATION**

If we revise the Coverage Form during this policy period to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.



ROYAL &  SUNALLIANCE

*This Endorsement Changes The Policy. Please Read It Carefully.*

# PROFESSIONAL SERVICES EXCLUSION
# FINANCIAL INSTITUTIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury," "property damage," "personal injury" and "advertising injury" arising out of the rendering or failure to render any professional services by or for you, including but not limited to:

a. Advising, inspecting, reporting or making recommendations as an insurance company, mortgagee, mortgage servicing agent, bank or lending institution, financial advisor, financial and/or insurance consultant, insurance broker, insurance agent or insurance representative;

b. Obtaining, effecting or failing to obtain or effect insurance, reinsurance or suretyship coverages;

c. Failing to disclose financial interest in the commission schedule, interest in any securities procured by you or the amount, type or interest in any insurance obtained by you;

d. Failing to disclose that comparable insurance may be available under better terms;

e. Investigating, defending, adjusting or settling any claim under any contract of insurance, self-insurance, reinsurance or suretyship;

f. Auditing or maintaining accounts or records of others;

g. Conducting an investment, leasing, loan or real estate operation or department;

h. Performing engineering, construction, home or termite inspection, survey or appraisal service;

i. Performing electronic data processing, systems analysis, design, programming, consulting or other similar services;

j. Causing the mechanical or electronic non-function or malfunction of business machines or systems;

k. Charging excessive, allegedly excessive, unreasonable or unnecessary fees;

l. Advising, making representations, guarantees or warranties based upon, or failing to disclose the actual or alleged description or performance of an investment. Failure of an investment to appreciate in value or failure to disclose the probability of failure of an investment to appreciate in value or the inherent risk in making the investment.

m. Purchasing, selling, participating, granting, restructuring, terminating, transferring, administering, failing to provide, administer or perform or rendering of advice in connection with any loan, lease, extension of credit or repossession.

n. Filing, issuing, transferring, purchasing, offering to purchase, selling, offering to sell or distributing securities including but not limited to all liability under the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Public Utility Holding Company Act of 1935, the Investment Company Act of 1940, the Investment Advisers Act of 1940 and any 'blue sky' laws of any of the states or other jurisdictions.

o. Engaging in any acts in actual or alleged violation of any United States federal or state law, international law or agreement, or law of any nation governing antitrust, restraint of trade or unfair trade or related practices.

p. Damages resulting from any actual or alleged infringement of any patent or trademark.

q. Selling or offering to sell real estate.

This exclusion does not apply to coverage provided by the **FINANCIAL INSTITUTION ENDORSEMENT**.

GC 0497 0498



*This Endorsement Changes The Policy. Please Read It Carefully.*

# FINANCIAL INSTITUTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**I. FIDUCIARY LIABILITY**

Under **SECTION II - WHO IS AN INSURED**, item **1.e.** is deleted. The following coverage is added:

We will cover "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of the ownership, maintenance, operation, use, control or management of any property or business enterprise in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity to which this insurance applies, subject to the following additional provisions:

**A.** Under **SECTION II. WHO IS AN INSURED**, the following are included to the extent set forth below:

    **1.** Any co-fiduciary or co-representative of yours but only with respect to acts or omissions as such;

    **2.** Any person or organization legally responsible with respect to your acts or omissions in a fiduciary or representative capacity; and

    **3.** Any beneficiary, devisee, legatee, ward, heir or distributee of the trust, guardianship or estate, and any owner or life tenant of the property, but only with respect to acts or omissions as such.

However, the insurance provided to any person or organization described in paragraphs **1.**, **2.**, and **3.** above, or to any person or organization while acting as your real estate manager, does not apply:

    **a.** To any "executive officer" or other "employee" with respect to "bodily injury" to another "executive officer" or "employee" of the same employer or while performing duties related to the conduct of your business; or

    **b.** To property or operations you designate in a written notice stating that this insurance is not required for such property or operations.

**B.** We will not cover:

    **1.** "Bodily injury", "property damage" or medical payments which occurred before; or

    **2.** "Personal and advertising injury" arising out of an offense committed before

    you first had the right or duty to act in a fiduciary or representative capacity with respect to property in such trust, guardianship or estate.

**C.** Property in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity will be deemed to be property owned by you.

**D.** Under **SECTION I - COVERAGE A** , item **2. Exclusions**, exclusion **j.(2)** is replaced by the following:

    **j.** "Property damage" to:

        **(2)** Premises that you or the person you succeed or represent sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**E.** Under **SECTION I - COVERAGE A.**, item **2. Exclusions**, exclusion **l. Damage To Your Work** is replaced by the following:

---

TT 0017 0202                                                  Page 1 of 3

I. **Damage To Your Work**

"Property damage" to "your work" or work performed by or on behalf of the person or organization succeeded or represented by you and arising out of it or any part of it and included in the "product-completed operations hazard".

This exclusion does not apply if the damaged work or work out of which the damage arises was performed on your behalf, or on behalf of the person or organization succeeded or represented by you, by a subcontractor.

F. Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, Condition 8. Transfer of Rights of Recovery Against Others To Us, the following is added:

This condition does not entitle us to the right to exoneration or reimbursement from property with respect to which you have a fiduciary relationship.

G. Under **SECTION V - DEFINITIONS**, definition 21. "Your product" is replaced by the following:

21. "Your product":

a. Means:

(1) Any good or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name;

(c) The person or organization you succeed or represent; or

(d) A person or organization whose business assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

II. **NEWLY ACQUIRED FORECLOSED OR REPOSSESSED PROPERTIES**

A. We will not cover "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of newly acquired property upon which you have foreclosed or repossessed.

B. This exclusion does not apply to newly acquired foreclosed, repossessed or trust real properties for which you have given written notification of such acquisition to us within 30 days of the date that the properties were acquired by you subject to the following:

1. This coverage shall be excess over any valid and collectible insurance available to you under any other policy; and

2. This coverage does not apply to the "products-completed operations hazard".

III. **TRUTH IN LENDING COVERAGE**

A. **Insuring Agreement**

We will pay all "loss" for which you become legally obligated to pay which results from an error or omission in failing to comply with the federal Truth in Lending Act, the federal Consumer Protection Act and any similar state laws provided that:

1. The error or omission takes place in the "coverage territory" and during the policy period; and

2. The claim is reported to us as soon as practicable but in no event later than sixty (60) days after the policy expiration.

**B. Limits**

1. We will only pay for "loss" in excess of the Self-Insured Retention shown below. The Self-Insured Retention shall apply to each "loss" to which this coverage applies.

2. The Each Claim Limit is the most we will pay for "loss" for each claim made or "suit" brought.

3. The Aggregate Limit is the most we will pay for the sum of all payments made for "loss" for all claims made or "suits" brought.

4. Two or more claims arising out of a single error, omission or negligent act or a series of related errors, omissions or negligent acts shall be treated as a single claim. Any such claim, whenever made, shall be considered first made during the policy period in which the earliest claim arising out of such error, omission or negligent act was first made, and all such claims shall be subject to a single Each Claim Limit regardless of the number of insureds against whom a claim is made.

5. The limits are as follows:

| | |
|---|---|
| **Each Claim Limit:** | $300,000 |
| **Aggregate Limit** | $300,000 |
| **Self-Insured Retention:** | $25, 000 Per "Loss" |
| | $50,000 Aggregate |

**C. Definitions**

1. "Loss" means judgments, settlements we approve, and "defense expenses". "Loss" does not include fines or punitive damages.

2. "Defense expenses" means reasonable and necessary costs, charges, fees, (including attorneys' fees and experts' fees) and expenses incurred in the defense of a claim to which this coverage applies. "Defense expenses" do not include your wages, salaries or overhead expenses.

**IV. DIRECTORS AND OFFICERS**

This policy does not apply to any liability arising out of any actual or alleged breach of trust, breach of duty, neglect, error, misstatement, misleading statement, omission or other acts wrongfully committed or attempted by a Director or Officer of the Named Insured or any matter claimed against them solely by reason of their respective responsibilities. This exclusion does not apply to "bodily injury" and "property damage" as covered by this policy.

**V. NON-OWNED AIRCRAFT COVERAGE**

Under **SECTION I - COVERAGE A**, item **2. Exclusions**, exclusion **g. Aircraft, Auto or Watercraft** does not apply to:

"Bodily injury" or "property damage" arising out of maintenance or use of any aircraft providing the aircraft is not owned or operated by you and is not used to carry persons or property for a charge. Use includes operation and "loading or unloading".

RH80    G2 SV035675 0000    T001        01162003        P0-00003687



*This Endorsement Changes the Policy. Please Read it Carefully.*

# ABSOLUTE ASBESTOS EXCLUSION
# (GEORGIA, LOUISIANA, OKLAHOMA)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This insurance does not apply to any loss, claim or expense caused by, resulting from or arising out of asbestos, exposure to asbestos, or any product containing asbestos.

We shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit resulting from or arising out of asbestos, exposure to asbestos, or any product containing asbestos.

Accepted: _____

Signature of Insured



*This Endorsement Changes the Policy. Please Read it Carefully.*

# LEAD LIABILITY EXCLUSION
# (GEORGIA, LOUISIANA, OKLAHOMA)

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In consideration of the premium charged, it is agreed that the insurance provided by this policy shall not apply to any loss, claim or expense caused by, resulting from or arising out of lead, paint containing lead, or any other material or substance containing lead.

It is further agreed that we shall have no duty or obligation to provide or pay for the investigation or defense of any loss, cost, expense, claim or suit excluded herein.

Accepted: _____

Signature of Insured

GC 0063 0192



*This Endorsement Changes the Policy. Please Read it Carefully.*

# AUTO LEASING EXCLUSION ENDORSEMENT

*Type policy number only, in this section above the heavy line, IF issued with policy and attachments state in information page.*

**Royal Insurance**

| | |
|---|---|
| If this endorsement is listed in the information page, it is in effect from the time coverage under this policy commences. Otherwise, the effective date of this endorsement is as shown below at the same time or hour of the day as the policy became effective. | COUNTERSIGNED BY: |
| | AUTHORIZED REPRESENTATIVE |

COMPANY

GLOBE INDEMNITY COMPANY

| PRODUCER CODE | | ENDORSEMENT (MO., DAY, YR.) EFFECTIVE DATE | POLICY SYMBOL & NO. |
|---|---|---|---|
| 7491510 | | 12/28/2002 | GSV035675 |

| Named Insured (and address, zip code when necessary for mailing) | Producer (and address, zip code, for mailing) |
|---|---|
| PEOPLES COMMUNITY BANK P.O. BOX 218 COLQUITT, GA 31737 | SCARBOROUGH, A DIVISION OF FINANCIAL & PROFESSIONAL RISK SOLUTIONS, INC. 200 E. RANDOLPH ST. SUITE 1700 CHICAGO, IL 60601 |

This insurance does not apply to:

1. Any covered auto while leased or rented to others.

TT 0002 0187



QUICK REFERENCE
*(THIS QUICK REFERENCE APPLIES TO THE 1001 EDITION OF THE BUSINESS AUTO COVERAGE FORM)*

# COMMERCIAL AUTO COVERAGE PART
# BUSINESS AUTO COVERAGE FORM

## READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business
Coverages and Limits of Insurance

**SECTION I - COVERED AUTOS**                                    Beginning on Page

Description Of Covered Auto Designation Symbols .......................................... 1
Owned Autos You Acquire After The Policy Begins ........................................ 2
Certain Trailers, Mobile Equipment And Temporary Substitute Autos .................... 2

**SECTION II - LIABILITY COVERAGE**

Coverage ........................................................................................ 2
Who Is An Insured ............................................................................ 2
Coverage Extensions
    Supplementary Payments ............................................................... 3
    Out of State ................................................................................. 3
Exclusions ...................................................................................... 3
Limit of Insurance ............................................................................ 5

**SECTION III - PHYSICAL DAMAGE COVERAGE**

Coverage ........................................................................................ 5
Exclusions ...................................................................................... 6
Limit of Insurance ............................................................................ 7
Deductible ....................................................................................... 7

**SECTION IV - BUSINESS AND CONDITIONS**

Loss Conditions
    Appraisal For Physical Damage Loss ................................................. 7
    Duties In The Event Of Accident, Claim, Suit or Loss ............................. 7
    Legal Action Against Us ................................................................. 8
    Loss Payment - Physical Damage Coverages ....................................... 8
    Transfer Of Rights Of Recovery Against Others To Us ........................... 8

General Conditions
    Bankruptcy ................................................................................ 8
    Concealment, Misrepresentation Or Fraud .......................................... 8
    Liberalization ............................................................................. 8
    No Benefit to Bailee - Physical Damage Coverages ............................... 8
    Other Insurance .......................................................................... 8
    Premium Audit ............................................................................ 9
    Policy Period, Coverage Territory .................................................... 9
    Two Or More Coverage Forms Or Policies Issued By Us ........................ 9

DWAR    CO SUA35675 0000    T001    01162005    P0-00003668

**Beginning on Page**

SECTION V - DEFINITIONS ................................................................................................... 9

COMMON POLICY CONDITIONS

    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer Of Your Rights And Duties Under This Policy

ENDORSEMENTS (If Any)


ROYAL &
SUNALLIANCE

# Business Auto Coverage Part Declarations

**Policy No.** G2  SV035675 0000                              **Effective Date:** 12/28/2002

---

**Item One: Named Insured:** PEOPLES COMMUNITY BANK

**Form of Business:** CORPORATION

---

ITEM TWO:   SCHEDULE OF  COVERAGES AND  COVERED AUTOS
THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A  CHARGE  IS  SHOWN  IN  THE
PREMIUM COLUMN BELOW.  EACH OF  THESE  COVERAGES  WILL  APPLY  ONLY TO  THOSE
"AUTOS" SHOWN AS COVERED "AUTOS".  "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR A
PARTICULAR COVERAGE  BY THE ENTRY  OF ONE  OR MORE  OF THE  SYMBOLS  FROM THE
COVERED AUTO SECTION OF THE BUSINESS AUTO COVERAGE FORM  NEXT TO  THE NAME OF
THE COVERAGE.

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS. | PREMIUM |
|---|---|---|---|
| LIABILITY | 8  9  10 | $1,000,000 | |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS | 10 | ACTUAL  CASH  VALUE  OR  COST OF REPAIR, WHICHEVER IS  LESS MINUS  $       250  DED.   FOR EACH  COVERED  AUTO FOR  LOSS CAUSED  BY  MISCHIEF   OR VANDALISM., (SEE  ITEM  FOUR  FOR  HIRED OR  BORROWED "AUTOS".) | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 10 | ACTUAL  CASH  VALUE  OR  COST OF REPAIR, WHICHEVER IS  LESS MINUS  $       500  DED.   FOR EACH  COVERED  AUTO. (SEE  ITEM  FOUR  FOR  HIRED OR  BORROWED "AUTOS".) | |

PREMIUM FOR ENDORSEMENTS       $        542.00

* ESTIMATED TOTAL PREMIUM       $        542.00

---

* THIS POLICY MAY BE SUBJECT TO FINAL AUDIT.

AUDIT PERIOD (IF APPLICABLE): ANNUALLY

---

AC 99 90 10 01                      EXTRA COPY

ROYAL &
SUNALLIANCE

BUSINESS AUTO COVERAGE PART DECLARATIONS

POLICY NO. G2 SV035675 0000
ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS (CONTINUED)

FORMS APPLICABLE TO THIS COVERAGE PART:

    LI 0004 0990-A

THE FOLLOWING POLICY FORMS AND ENDORSEMENTS APPLY TO VEHICLES REGISTERED OR
GARAGED IN THE STATE OF GEORGIA

    CA 00 01 10 01       IL 00 21 07 02      CA 01 09 10 01      IL 02 62 07 02
    CA 20 19 07 97       CA 99 13 07 97

THESE DECLARATIONS,  WHEN COMBINED WITH THE COMMON  POLICY DECLARATIONS,  THE
COMMON POLICY CONDITIONS,  COVERAGE FORM(S)  AND ENDORSEMENTS, IF ANY, ISSUED
TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

AC 99 90 10 01                    EXTRA COPY
                        RHRO   G2 SV035675 0000    T001        01162003        P0-00003690

ROYAL &
SUNALLIANCE

## BUSINESS AUTO COVERAGE PART DECLARATIONS

POLICY NO. G2 SV035675 0000

ITEM THREE:  SCHEDULE OF COVERED "AUTOS" YOU OWN.
            SEE SCHEDULE OF COVERED AUTOS WHICH FORMS A PART OF THIS POLICY.

ITEM FOUR:  SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

LIABILITY COVERAGE – RATING BASIS, COST OF HIRE.

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR(IF LIABILITY COVERAGE IS PRIMARY) | PREMIUM |
|-------|-------|-------|-------|-------|
| GA | IF ANY | .000 | | $ 96.00 |
| | | | TOTAL PREMIUM | $ 96.00 |

COST OF HIRE MEANS  THE TOTAL AMOUNT  YOU INCUR FOR THE HIRE OF  "AUTOS"  YOU
DON'T OWN (NOT INCLUDING  "AUTOS"  YOU BORROW OR  RENT FROM YOUR PARTNERS  OR
"EMPLOYEES" OR THEIR FAMILY MEMBERS).  COST OF HIRE DOES NOT INCLUDE  CHARGES
FOR SERVICES PERFORMED BY MOTOR CARRIERS OF PROPERTY OR PASSENGERS.

PHYSICAL DAMAGE:  NOT COVERED.

ITEM FIVE:  SCHEDULE FOR NON-OWNERSHIP LIABILITY.

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|-------|-------|-------|-------|
| OTHER THAN A SOCIAL SERVICE AGENCY | NUMBER OF EMPLOYEES | 25 | $ 131.00 |
| | TOTAL (OR MINIMUM) PREMIUM | | $ 131.00 |

AC 99 90 10 01                    EXTRA COPY

COMMERCIAL AUTO
CA 00 01 10 01

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

Copyright ISO Properties, Inc., 2000

B. **Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5** or **6** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C. **Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II - LIABILITY COVERAGE

A. **Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

      (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      (4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

      (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

## 2. Coverage Extensions

### a. Supplementary Payments

In addition to the Limit of Insurance, we will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

### b. Out-Of-State Coverage Extensions

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

### 2. Contractual

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

### 4. Employee Indemnification And Employer's Liability

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured s" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

Copyright, ISO Properties, Inc., 2000

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

Paragraphs b. and c. above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

Copyright ISO Properties, Inc., 2000

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

### 4. Coverage Extensions

#### a. Transportation Expenses

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

#### b. Loss Of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

(1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

(2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

### B. Exclusions

#### 1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

##### a. Nuclear Hazard

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

##### b. War Or Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

#### 2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

#### 3. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

#### 4. We will not pay for "loss" to any of the following:

a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

d. Any accessories used with the electronic equipment described in Paragraph c. above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

  **(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

  **(2)** An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

  **a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

  **b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

  **a.** Pay its chosen appraiser; and

  **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

  **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

    **(1)** How, when and where the "accident" or "loss" occurred;

    **(2)** The "insured's" name and address; and

    **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

  **b.** Additionally, you and any other involved "insured" must:

    **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

    **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

    **(4)** Authorize us to obtain medical records or other pertinent information.

Copyright ISO Properties, Inc., 2000

BH80   G2 SV035675 0000   T001      01162003      P0-00003695

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

### 3. Legal Action Against Us

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

### 4. Loss Payment - Physical Damage Coverages

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

### 5. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

### 1. Bankruptcy

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

### 2. Concealment, Misrepresentation Or Fraud

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

### 3. Liberalization

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

### 4. No Benefit To Bailee - Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

### 5. Other Insurance

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

a. The United States of America;

b. The territories and possessions of the United States of America;

c. Puerto Rico;

d. Canada; and

e. Anywhere in the world if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means a land motor vehicle, "trailer" or semitrailer designed for travel on public roads but does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement; or

2. Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. or 6.c. of the definition of "mobile equipment".

Paragraphs b. and c. above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

E. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

F. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

G. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

H. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraphs 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

a. Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

2. A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

Copyright ISO Properties, Inc., 2000

ROYAL &
SUN ALLIANCE

*This Endorsement Changes the Policy. Please Read it Carefully.*

| | ENDORSEMENT NO. A |
|---|---|

*Type policy number only, in this section above the heavy line, IF issued with policy and attachment stated in policy declarations*

| If this endorsement is listed in the policy declarations, it is in effect from the time coverage under this policy commences. Otherwise, the effective date of this endorsement is as shown below at the same time or hour of the day as the policy became effective. | COUNTERSIGNED BY: |
|---|---|
| | AUTHORIZED REPRESENTATIVE |

| COMPANY | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE |
|---|---|---|
| | | |

| PRODUCER CODE | PREMIUM | ENDORSEMENT (MO.,DAY, YR) EFFECTIVE DATE | POLICY SYMBOL & NO. |
|---|---|---|---|
| | Add'l. ____ Ret. ____ $ _____ | | G2 SV035675 0000 |

Named Insured (and address, zip code when necessary for mailing)          Producer (and address, zip code for mailing)

DEDUCTIBLE ON AUTO DECLARATION PAGE (AC9999) FOR SPECIFIED PERILS
SHOULD READ $250.

SYMBOL 10 STANDS FOR REPOSSESSED AUTO.

LI 0004 0990 - A

POLICY NUMBER:  GSV035675

COMMERCIAL AUTO
CA 20 19 07 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REPOSSESSED AUTOS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br>12/28/2002 | Countersigned By: |
|---|---|
| Named Insured:<br>PEOPLES COMMUNITY BANK | (Authorized Representative) |

**SCHEDULE**

| | Limit | Rating Basis | Rates | Premiums |
|---|---|---|---|---|
| Lia-bility | $1,000,000 | Estimated number of covered autos to be repossessed No. | $ | $  INCL. |
| | Minimum Premium $ | | | |

| Lo-cation No. | Coverages | Limit Of Insurance For Each Location | Rates | Premium |
|---|---|---|---|---|
| 1. | Comprehensive | $    *    MINUS $   **   DEDUCTIBLE FOR EACH | | $ |
| | Specified Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $   **   MAXIMUM DEDUCTIBLE FOR ALL SUCH "LOSS" IN ANY ONE EVENT. | | $  INCL. |
| | Fire | $ | | $ |
| | Fire and Theft | $    MINUS $    DEDUCTIBLE FOR EACH | | $ |
| | Limited Speci-fied Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT SUBJECT TO $    MAXIMUM DEDUCTIBLE FOR ALL THEFT "LOSS" IN ANY ONE EVENT. | | $ |

Copyright, Insurance Services Office, Inc., 1996

| Lo-cation No. | Coverages | Limit Of Insurance For Each Location | | | Rates | Premium |
|---|---|---|---|---|---|---|
| 2. | Comprehensive | $ MINUS $ DEDUCTIBLE FOR EACH | | | | $ |
| | Specified Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH "LOSS" IN ANY ONE EVENT. | | | | $ |
| | Fire | $ | | | | $ |
| | Fire and Theft | $ MINUS $ DEDUCTIBLE FOR EACH | | | | $ |
| | Limited Speci-fied Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL THEFT "LOSS" IN ANY ONE EVENT. | | | | $ |
| 3. | Comprehensive | $ MINUS $ DEDUCTIBLE FOR EACH | | | | $ |
| | Specified Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH "LOSS" IN ANY ONE EVENT. | | | | $ |
| | Fire | $ | | | | $ |
| | Fire and Theft | $ MINUS $ DEDUCTIBLE FOR EACH | | | | $ |
| | Limited Speci-fied Causes of Loss | COVERED "AUTO" FOR "LOSS" CAUSED BY THEFT SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL THEFT "LOSS" IN ANY ONE EVENT. | | | | $ |
| All | Collision | $ * MINUS $ 500 DEDUCTIBLE FOR EACH COVERED "AUTO" | | | Ad-just-ment Factor | Premium |
| | | BLANKET ANNUAL COLLISION RATES | | | | |
| | | First $50,000 | $50,001 to $100,000 | Over $100,000 | | |
| | | | | | | $ INCL. |
| | | | | TOTAL PREMIUM | | $ INCL. |

| LOCATIONS WHERE YOU STORE REPOSSESSED AUTOS | |
|---|---|
| Location No. | Address State Your Main Business Location As Location No. 1 |
| 1 | ANY LOCATION WHERE BANK REPOSSESSED AUTOS MAY BE STORED |
| 2 | |
| 3 | |
| Limit Of Insurance for unlisted locations $ | |

Premium Basis    Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by ).

Reporting Basis (Quarterly or Monthly as Indicated Below by ).

You must report to us on our form the location of the "autos" you repossess and their total value at each such location. For your main location identified as Location No. 1, you must include the total value of all "autos" you repossess, and "autos" you repossess that are temporarily stored at locations other than those stated in the Schedule.

Your reporting basis is:

Quarterly - You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports contain the value for the last business day of every third month coming with the policy period.

Monthly - You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

Nonreporting Basis - Stated Limit Of Insurance shown in the Schedule applies.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. This endorsement provides only those coverages for locations listed in the Schedule where a premium or Limit of Insurance is shown.

B. Any "auto" you repossess is a covered "auto", but only while:

1. Being repossessed by you;

2. Held by you at locations listed in the Schedule for sale after repossession; or

3. Pending delivery after sale.

C. **Liability and Physical Damage Coverages** are changed by adding the following exclusion:

This insurance does not apply to:

Any "auto" while used for other business or personal purposes.

D. **Who Is An Insured** does not include anyone from whom an "auto" has been repossessed.

* $30,000 MAXIMUM VALUE PER ANY ONE AUTO.

** $250 DEDUCTIBLE FOR SPECIFIED PERILS, EACH AUTO.

COMMERCIAL AUTO
CA 01 09 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

For a covered "auto" licensed or principally garaged in Georgia, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. Liability Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. If you are a retail seller of "autos", the insurance is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. The **Expected Or Intended Injury** Exclusion is replaced by the following:

   This insurance does not apply to "bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

   However, this exclusion does not apply for coverage up to the minimum limit specified by the Georgia Motor Vehicle Safety Responsibility Act.

**B. Changes In Physical Damage Coverage**

1. If collision coverage is provided, the collision coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

2. If you are a retail seller of "autos", the collision insurance is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

3. The "Diminution In Value" exclusion does not apply.

**C.** Paragraph A.6. of the **Cancellation** Common Policy Condition is replaced by the following:

If notice is mailed, a receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service shall be sufficient proof of notice.

**D.** Paragraph 2.a. of **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   a. In the event of "accident", claim, "suit" or "loss", we or our representative must receive prompt notice of the "accident" or "loss". Include:

      (1) How, when and where the "accident" or "loss" occurred;

      (2) The "insured's" name and address; and

      (3) To the extent possible, the names and addresses of any injured persons and witnesses.

   The requirement for giving notice of a claim, if not satisfied by the "insured" within 30 days of the date of the "accident", may be satisfied by an injured third party who, as the result of such "accident", has a claim against the "insured". However, in this event, notice of a claim given by an injured third party must be mailed to us.

**E.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any "loss" or damage in any case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud

committed by you or any other "insured", at any time, and relating to coverage under this policy.

Copyright, ISO Properties, Inc., 2000

COMMERCIAL AUTO
CA 99 13 07 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIDUCIARY LIABILITY OF BANKS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This policy is changed as follows:

**A. Changes In Liability Coverage**

1. The following exclusion is added:

   This insurance does not apply to:

   Liability of the "insured" as fiduciary arising from "bodily injury" or "property damage" that occurred before you first had the right or duty to act in a fiduciary capacity in which the "insured" is liable.

2. The following is added to **Who Is An Insured:**

   Any "employee" of yours is an "insured" for any covered "auto" not owned by you, by such "employee" or by any members of his or her household but only while the covered "auto" is used in your business.

**B. Changes In Conditions**

The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to the "insured's" right of exoneration or reimbursement from property for which the "insured" is a fiduciary.

Copyright, Insurance Services Office, Inc., 1996

SUN ALLIANCE

# Notice to Policyholders

### Professional Services Exclusion - Financial Institution GC0497

A Professional Services Exclusion-Financial Institution endorsement is being attached to your policy. The purpose of this endorsement is to clarify the coverage provided in the Financial Institution Endorsement (TT 0017 498) and what is excluded (GC0497) under the policy. The intent of the coverage in the form has not been changed.

The Professional Services Exclusion-Financial Institution endorsement replaces the wording found in TT0017 0794 version. The professional services exclusion outlines in detail, the types of actions which were excluded under (TT0017 794, section II A.2:) "Liability resulting from error or omissions".

We trust you will find the enclosed in order. If you have any questions regarding the attached endorsement, please contact your agent or broker, or Scarborough (800) 525-2968.

1-99



ROYAL & SUNALLLANCE

# *IMPORTANT NOTICE*

### ROYAL FLEX COVERAGE FORM
### IMPORTANT CHANGES IN YOUR COVERAGE
### ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the changes in your Royal Flex Coverage Form. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Editorial changes have been made to the Royal Flex Coverage Form for clarity with no change in coverage intent.

### ROYAL FLEX COVERAGE FORM, FC 0001

**CLARIFICATION**

The coverage form is being revised to substitute the reference to "premises" or reference to "location(s)". The word "premises" is replaced throughout the coverage form with "Premises and Location(s)" and the word "locations" is replaced with "Premises and Location(s)". In the DEFINITIONS section of the coverage form, the term "Premises and Location(s)" has been and continues to be defined.

PN 8305 1099



# *IMPORTANT NOTICE*

### IMPORTANT INFORMATION TO FLORIDA POLICYHOLDERS

### KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

QUESTIONS ABOUT YOUR INSURANCE? - If you have any inquiries, need to obtain coverage information or need assistance in resolving complaints, please do not hesitate to contact your insurance company or agent.

FOR **COMMERCIAL INSURANCE** CONTACT:

Royal & SunAlliance
2730 W. Tyvola Road
Suite 300
Charlotte, NC 28217

Toll Free Calls    1-866-227-1500



## *IMPORTANT NOTICE*

### REPORTING AUTOMOBILE GLASS CLAIMS

By the terms of your insurance policy, all losses must be reported to your agent or the company. Before any settlements for repairs can be effected, you must contact   your appropriate insurance representative.

Royal & SunAlliance recently introduced a new claim procedure pertaining to the repair or replacement of windshields. This easy to use, convenient telephone procedure will help contain loss costs which should favorably impact the ultimate cost of your automobile insurance. If you have purchased glass coverage and have a windshield or other glass loss, please contact your agent for the toll-free glass network claims-reporting telephone number and instructions on how to process your claim. Royal & SunAlliance is confident you will be satisfied with the service and quality. However, you are under no obligation to use the recommended service and are entitled to have your vehicle repair by any facility.

If you sustain damage to your windshield that can be repaired, Royal & SunAlliance will waive the deductible for such repair under certain conditions. Contact the local Royal & SunAlliance claim office for details.

Should you have any questions concerning general claims reporting or this glass program, please contact your local Royal & SunAlliance agency representative for further instructions.

800-872-4527

*This notice not applicable in South Carolina or South Dakota*

AC 89535 (1193)

ROYAL &
SUNALLIANCE

# IMPORTANT NOTICE

**FLORIDA RISK MANAGEMENT PLANS**

**LOSS CONTROL SERVICE AVAILABLE**

Business and industry are concerned with making the right "moves" to ensure the best chances of corporate success. That requires positioning resources, people, equipment and materials in an environment that will maximize their potential.

Effective risk management should support your business goals by protecting your resources from accidents. Our guidelines for a loss control program are designed to assist you in developing a program that does just that. Its elements include:

- ☐ Management Commitment
- ☐ People Considerations (selection, training, motivation)
- ☐ Equipment Considerations (hazard control, maintenance)
- ☐ Material Considerations (hazard identification)
- ☐ Environmental Considerations (buildings, facilities)
- ☐ Damage Control (response to loss)
- ☐ Feedback from Losses

At Royal & SunAlliance our loss control service approach is to concentrate on your needs, identify problem areas, assist in the development of controls and monitor for effectiveness. Normally our consultative services are concentrated on those accounts where the services will provide the most benefit in terms of loss reduction. However, attention will be given to special requests for services.

Your continuing effort is essential to accident prevention and compliance with safety legislation. Our assistance may be used as an adjunct to your loss control efforts, but we cannot assume responsibility for loss control in your business. Only you can do that.

The next move is yours. If you would like a copy of our "Guidelines For Developing a Loss Control Program" or more information regarding our loss control consultative services, please contact your local independent agent or broker.

Royal & SunAlliance

LI 88412 0289

BH80    G2 SV035675 0000    T001    01162003    P0-00003575



## *IMPORTANT NOTICE*

### IMPORTANT INFORMATION TO GEORGIA POLICYHOLDERS
### REGARDING VICTIMS OF FAMILY VIOLENCE

The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.



# Business Protection Portfolio

# Commercial Liability Coverage Part(s)

86935-2



ROYAL &
SUNALLIANCE

**Business Protection Portfolio**

**Commercial Automobile Coverage Part**

86935-3