AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Harris Pest and Termite Control, Inc.
151 Warren Road
Midway, AL 36053-4114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

DATE 12/1/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA NORTHERN DIVISION_____

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Peoples Community Bank, Inc.
c/o Registered Agent
109 E. Church Street
Columbia, AL 36216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    12/1/05
_____                _____
CLERK                                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA NORTHERN DIVISION

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Harris Leveson
151 Warren Road
Midway, AL 36053-4114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 12/1/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Jerry Gulledge
117 Collins Street
Eufaula, AL 36027-6050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                               12/1/05
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Larry Pitchford
109 E. Church Street
Columbia, AL 36216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/1/05