■ **SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jerry Buledge
    117 Collins St. Ct
    Eufaula, AL 36027-6050

    S&C  05-1127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Tish Gulledge
C. Date of Delivery: 12-2-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7001 2510 0007 6748 3935

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540