**CERTIFIED MAIL**



7001 2510 0007 6748 3928



1750 U.S. POSTAGE    PB5547636
4034 $09.10  NOV 23 2005
0224 MAILED FROM ZIP CODE    36000

Harris Leveson

LEVE151    360532012 1B04 16 12/05/05
FORWARD TIME EXP    RTN TO SEND
LEVESON
PO BOX 477
EUFAULA AL 36072-0477

**RETURN TO SENDER**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA NORTHERN DIVISION

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Harris Leveson
151 Warren Road
Midway, AL 36053-4114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    12/1/05

CLERK    DATE

(By) DEPUTY CLERK