| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Harris Lawrence  C. Date of Delivery 12-5-05 |
| 1. Article Addressed to:<br>Harris Pest and<br>Termite Control, ~~Inc~~<br>~~151 Wawa Road~~<br>~~Tuskegee, AL 36083~~<br><br>SDC 05-1127 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>P.O. Box 477<br>Eufaula, AL. 36072<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0007 6748 3911 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540