AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA NORTHERN DIVISION**

ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company

V.

PEOPLES COMMUNITY BANK INCORPORATED, et al.

*ALIAS*

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv1127-B

TO: (Name and address of Defendant)

Harris Leveson
P. O. Box 477
Eufaula, AL 36072-0477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Montgomery
P. O. Box 161389
Mobile, AL 36616

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  12/21/05