IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY,<br>as successor in interest to<br>Globe Indemnity Company,<br><br>    Plaintiff,<br><br>vs.<br><br>PEOPLES COMMUNITY BANK,<br>INC.; LARRY PITCHFORD;<br>JERRY GULLEDGE; HARRIS<br>LEVESON; HARRIS PEST AND<br>TERMITE CONTROL, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br><br>2:05cv1127-F |

## MOTION TO DISMISS

Come now Defendants, Harris Leveson and Harris Pest & Termite Control, Inc., by and through their undersigned attorneys, and without waiver of any other defense to this action or claim against any party, move this Honorable Court to dismiss the complaint for declaratory judgment filed against them based on the following grounds:

1.  This Court should exercise its substantial discretion and not entertain jurisdiction over this declaratory judgment action. Wilton v. Seven Falls Co., 515 U.S. 277 (1995); Brillhart v. Excess Insurance Co. of America, 316 U.S. 491 (1942); Ameritas Variable Life Ins. Co. v. Roach, 411 F.3d 1328 (11th Cir. 2005); St. Paul Fire & Marine Insurance Co. V. Johnson Homes of Meridian, Inc.,

2005 WL 2739141 (Oct. 24, 2005, S.D. Ala); Life Insurance Co. of New York v. Adams, 972 F.Supp. 1386 (N.D. Ala. 1997); United States Fidelity & Guaranty Co. v. Algernon-Blair, Inc., 705 F.Supp. 1507 (M.D. Ala. 1988); Star Insurance Co. V. Elk Food Central, Inc., 2000 WL 1196155 (S.D. Ala. 2000).

2. The complaint fails to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, Defendants Harris Leveson and Harris Pest & Termite Control, Inc., move this Court to dismiss this action in its entirety.

                                        Respectfully submitted,

/s/ Ted Taylor
State Bar No. ASB-6435-L75E

/s/ Leah O. Taylor
State Bar No. ASB-9871-A57L

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800
taylorlaw9@aol.com (e-mail)
lotaylor@taylorlawyers.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed this Motion to Dismiss so that service will be sent by the ECMF System via electronic mail to:

John Charles S. Pierce, Esq.
jpierce@butlerpappas.com

Michael Andrew Montgomery, Esq.
mmontgomery@butlerpappas.com

Christopher M. Mims, Esq.
cmm@ffmlaw.com

James D. Farmer, Esq.
jdf@ffmlaw.com

Gerald P. Gillespy, Esq.
gillespy@burr.com

Jason A. Walters, Esq.
jwalters@burr.com


on this the 27th day of December, 2005.


                                    /s/ Leah O. Taylor
                                    Of Counsel