| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-24J   Rev. 8/98 | **CONDITIONAL JUDGMENT AGAINST GARNISHEE AND NOTICE TO GARNISHEE**<br>(§ 6-6-457, Code of Alabama 1975) | Case Number<br>CV-04-67 |

IN THE __CIRCUIT__ COURT OF __BARBOUR__, ALABAMA
(Circuit or District)                                    (Name of County)

Harris Leveson and Harris Pest & Termite Control          Peoples Community Bank; Larry Pitchford; Jerry Gulledge, et al
_____  v.  _____
              Plaintiff                                                   Defendant

Garnishee: __Royal & SunAlliance Insurance Agency, Inc.__

Address: __150 S. Perry Street, Montgomery, Alabama   36104__

Comes the plaintiff, by his or her attorney, and moves for conditional judgment against the above-named garnishee; and it appearing to the court that on (date) __October 7, 2005__, the plaintiff recovered a judgment against the defendant for the sum of $ __3,500,000.00__, plus court costs, and that a Writ of Garnishment on the judgment was duly issued in this cause by the clerk of this court, and duly served upon the garnishee on (date) __October 19, 2005__ and that the garnishee has failed to file an Answer thereto within the time required by law;

IT IS, THEREFORE, considered, ordered and adjudged by the court that the plaintiff have and recover of the garnishee the sum of $ __3,500,000.00__, plus court costs, unless within thirty (30) days of service of process of this conditional judgment against Garnishee and Notice to Garnishee, the garnishee appears and shows cause why this conditional judgment should not be made final and absolute.

__11-22-05__                                          __[signature]__
Date                                                    Judge

*FILED NOV 22 2005 DAVID S. NIX, CLERK BARBOUR COUNTY, ALABAMA*

**To Any Sheriff or Any other Authorized Person:**

You are hereby commanded to serve this Conditional Judgment against Garnishee and Notice to Garnishee on the above-named garnishee and make proper return to this court.

__11-22-05__                                          __[signature] Nix__
Date                                                    Clerk

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                                        (Date)

☐ I certify that I personally delivered a copy of the Conditional Judgment against Garnishee and Notice to Garnishee to _____ on _____.
                                                                        (Date)

_____          _____
Date                              Server's Signature

_____          _____
Business Address of Server        Type of Process Server

_____
City      State      Zip Code