# EXHIBIT B





(Conditional Judgment Against Garnishee And Notice To Garnishee Royal & Sun Alliance)