# EXHIBIT D

| State of Alabama<br>Unified Judicial System<br>Form C-24J  Rev. 8/98 | **CONDITIONAL JUDGMENT AGAINST<br>GARNISHEE AND NOTICE TO GARNISHEE**<br>(§ 6-6-457, Code of Alabama 1975) | Case Number<br>CV-04-67<br>Page 1 of 1 |
|---|---|---|

IN THE **CIRCUIT** COURT OF **BARBOUR**, ALABAMA
(Circuit or District)                              (Name of County)

Harris Leveson and Harris Pest          Peoples Community Bank; Larry Pitchford;
& Termite Control                    v.  Jerry Gulledge, et al
_____
Plaintiff                                  Defendant

Garnishee: Royal & SunAlliance Insurance Agency, Inc.

Address: 150 S. Perry Street, Montgomery, Alabama 36104

Comes the plaintiff, by his or her attorney, and moves for conditional judgment against the above-named garnishee; and it appearing to the court that on (date) **October 7, 2005**, the plaintiff recovered a judgment against the defendant for the sum of $ **3,500,000.00**, plus court costs, and that a Writ of Garnishment on the judgment was duly issued in this cause by the clerk of this court, and duly served upon the garnishee on (date) **October 19, 2005** and that the garnishee has failed to file an Answer thereto within the time required by law;

IT IS, THEREFORE, considered, ordered and adjudged by the court that the plaintiff have and recover of the garnishee the sum of $ **3,500,000.00**, plus court costs, unless within thirty (30) days of service of process of this conditional judgment against Garnishee and Notice to Garnishee, the garnishee appears and shows cause why this conditional judgment should not be made final and absolute.

**11-22-05**
Date                                    Judge

**To Any Sheriff or Any other Authorized Person:**

You are hereby commanded to serve this Conditional Judgment against Garnishee and Notice to Garnishee on the above-named garnishee and make proper return to this court.

**11-22-05**
Date                                    Clerk

*[FILED NOV 22 2005 DAVID S. NIX, CLERK BARBOUR COUNTY, ALABAMA]*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                         (Date)

☐ I certify that I personally delivered a copy of the Conditional Judgment against Garnishee and Notice to Garnishee to _____ on _____.
                                                         (Date)

_____     _____
Date                             Server's Signature

_____     _____
Business Address of Server       Type of Process Server

_____
City      State      Zip Code