# EXHIBIT F

| State of Alabama<br>Unified Judicial System<br>Form C-24K   Rev. 8/98 | **FINAL JUDGMENT AGAINST GARNISHEE** | Case Number<br>CV-04-67 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __BARBOUR__, ALABAMA
       (Circuit or District)                    (Name of County)

__Harris Leveson and Harris Pest__    v.   __Peoples Community Bank; Larry Pitchford;__
       Plaintiff  & Termite Control                     Defendant  __Jerry Gulledge, et al__

On __Nov. 22, 2005__ (date), a Conditional Judgment was entered against the garnishee, __Royal & SunAlliance Insurance Agency, Inc.__

The above-name garnishee was served with the Conditional Judgment against Garnishee and Notice of Garnishee on __Nov. 23, 2005__ (date), by delivering a copy of same to __Royal & SunAlliance__.

Because the garnishee failed to appear and answer the Conditional Judgment within 30 days of the service date, judgment is hereby made final of the sum of $ __3,500,000.00__ plus court costs in this matter.

FILED DEC 28 2005  DAVID S. NIX, CLERK  BARBOUR COUNTY, ALABAMA

_____
Judge

__12-28-05__
Date