IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:05-cv-1127-F ) |
| PEOPLES COMMUNITY BANK, INCORPORATED., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #10) filed on December 27, 2005 and the Motion to Dismiss, or in the Alternative, Motion to Abstain (Doc. #12) filed on January 3, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before January 13, 2006 as to why the motions should not be granted.

DONE this the 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE