IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PEOPLES COMMUNITY BANK, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 2:05CV1127-B<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL FOR JERRY GULLEDGE

COME NOW Gerald P. Gillespy and Jason A. Walters, Burr & Forman LLP, and move to withdraw as counsel for Jerry Gulledge. As grounds for this motion, movants show the following:

　　　　1.　　The plaintiffs in the underlying suit for which coverage is sought sued the defendants Peoples Community Bank (now known as PeoplesSouth Bank), one of its officers, Larry Pitchford, and one of its former employees, Jerry Gulledge. The same trial counsel represented all three of the defendants jointly.

　　　　2.　　During the trial, defendant Gulledge, by his actions and testimony, became adverse to the interests of PeoplesSouth Bank and Larry Pitchford.

　　　　3.　　Subsequent to the judgment, defendant Gulledge has taken action and/or engaged in conduct that is adverse to PeoplesSouth Bank and Larry Pitchford, as well as to trial counsel representing the defendants.

　　　　4.　　By his testimony, actions and/or conduct, defendant Gulledge has created an irreconcilable conflict between himself and his co-defendants, PeoplesSouth Bank and Larry Pitchford, as well as between himself and trial counsel.

1431820

5.     The movants here were hired after the judgment was entered in the underlying suit.  Movants filed a Motion to Dismiss in this case on behalf of PeoplesSouth Bank, Larry Pitchford and Jerry Gulledge in response to the complaint filed in this matter.

6.     The movants here have been made aware of the irreconcilable conflict between defendant Gulledge and defendants PeoplesSouth Bank and Larry Pitchford, as well as the conflict between defendant Gulledge and counsel.

7.     Under these circumstances, the Alabama Rules of Professional Conduct mandate that the movants immediately withdraw from representing defendant Gulledge.

8.     Defendant Gulledge has been informed of the movants' intent to withdraw as his counsel and has ample time within which to employ replacement counsel to represent and protect his interests in this case.

9.     Defendant Gulledge will not be prejudiced by the movants' withdrawal as his counsel here.

**WHEREFORE, PREMISES CONSIDERED,** movants move the Court to allow them to withdraw as counsel for defendant Gulledge.

s/ Gerald P. Gillespy
s/ Jason A. Walters
Gerald P. Gillespy (GILLG3726)
Jason A. Walters (WALT8747)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1431820

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

>James D. Farmer, Esq.
>jdf@ffmlaw.com
>
>Christopher M. Mims, Esq.
>cmm@ffmlaw.com
>
>John C. S. Pierce, Esq.
>jpierce@butlerpappas.com
>
>Michael A. Montgomery, Esq.
>mmontgomery@butlerpappas.com
>
>E. Ted Taylor
>taylorlaw9@aol.com
>
>Leah O. Taylor
>lotaylor@taylorlawyers.com

I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 27th day of January, 2006.

>Jerry Gulledge
>117 Collins Court
>Eufaula, Alabama  36027-6050

>>s/ Gerald P. Gillespy
>>OF COUNSEL