IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company,<br><br>        Plaintiff,<br><br>v.<br><br>PEOPLES COMMUNITY BANK, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:05CV1127-B<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Peoples Community Bank, now known as PeoplesSouth Bank, certifies that it is owned by PeoplesSouth Bancshares, Inc., which is not publicly traded.

        s/ Gerald P. Gillespy
        s/ Jason A. Walters
        Gerald P. Gillespy (GILLG3726)
        Jason A. Walters (WALT8747)
        BURR & FORMAN LLP
        3100 Wachovia Tower
        420 North 20th Street
        Birmingham, Alabama  35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100

        Attorneys for Peoples Community Bank, Inc.

1431040

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 27th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

    James D. Farmer, Esq.
    jdf@ffmlaw.com

    Christopher M. Mims, Esq.
    cmm@ffmlaw.com

    John C. S. Pierce, Esq.
    jpierce@butlerpappas.com

    Michael A. Montgomery, Esq.
    mmontgomery@butlerpappas.com

    E. Ted Taylor
    taylorlaw9@aol.com

    Leah O. Taylor
    lotaylor@taylorlawyers.com

  I also certify that I have served a copy of the foregoing document upon the following by United States Mail**,** postage prepaid and properly addressed this 27th day of January, 2006.

    Jerry Gulledge
    117 Collins Court
    Eufaula, Alabama  36027-6050


        s/ Gerald P. Gillespy
        OF COUNSEL