IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLES COMMUNITY BANK, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05CV1127-B<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF COMPLIANCE

COME NOW James D. Farmer and Christopher M. Mims, Farmer, Farmer & Malone, P.A. ("Counsel"), and hereby give notice to the Court of their compliance with its Order (Doc. #18) of February 2, 2006 (the "Order"). Counsel have mailed copies of the Order, Motion to Withdraw (Doc. # 15) and this Notice to Jerry Gulledge, 117 Collins Court, Eufaula, Alabama 36027-6050 by United States Mail, postage prepaid and properly addressed this 2nd day of February, 2006. Mr. Gulledge's home telephone number is (334) 687-4203 and his work telephone number is (334) 687-3260.

s/ James D. Farmer
s/ Christopher M. Mims
James D. Farmer (FAR011)
Christopher M. Mims (MIM002)
FARMER, FARMER & MALONE, P.A.
112 West Troy Street [36303]
Post Office Drawer 668
Dothan, Alabama  36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401
jdf@ffmlaw.com
cmm@ffmlaw.com
Attorneys for Peoples Community Bank
and Larry Pitchford

1431820

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

Gerald P. Gillespy, Esq.
ggillesp@burr.com

Jason A. Walters, Esq.
jwalters@burr.com

John C. S. Pierce, Esq.
jpierce@butlerpappas.com

Michael A. Montgomery, Esq.
mmontgomery@butlerpappas.com

E. Ted Taylor
taylorlaw9@aol.com

Leah O. Taylor
lotaylor@taylorlawyers.com

I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 2nd day of February, 2006.

Jerry Gulledge
117 Collins Court
Eufaula, Alabama 36027-6050

s/ Christopher M. Mims
OF COUNSEL