## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| ) | **CIVIL ACTION NO. 2:05CV1127-B** |
| **v.** ) ) | |
| **PEOPLES COMMUNITY BANK, et al.,** ) ) | |
| **Defendants.** ) | |

### NOTICE OF COMPLIANCE

COME NOW counsel for the defendants, Peoples Community Bank, Inc. (now known as PeoplesSouth Bank) and Larry Pitchford, and pursuant to the Court's Order of February 2, 2006 hereby gives notice that:

1. They have provided a copy of the Court's Order and this Notice of Compliance to Jerry Gulledge, and

2. That the address and telephone numbers for Jerry Gulledge are: 117 Collins Court, Eufaula, Alabama, 36027-6050, home telephone number 334-687-4203 and work telephone number 334-687-3260.

s/ Gerald P. Gillespy
s/ Jason A. Walters
Gerald P. Gillespy (GILLG3726)
Jason A. Walters (WALT8747)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Peoples Community Bank, Inc. and Larry Pitchford

1433927

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

    James D. Farmer, Esq.
    jdf@ffmlaw.com

    Christopher M. Mims, Esq.
    cmm@ffmlaw.com

    John C. S. Pierce, Esq.
    jpierce@butlerpappas.com

    Michael A. Montgomery, Esq.
    mmontgomery@butlerpappas.com

    E. Ted Taylor
    taylorlaw9@aol.com

    Leah O. Taylor
    lotaylor@taylorlawyers.com

    I also certify that I have served a copy of the foregoing document upon the following by United States Mail, postage prepaid and properly addressed this 3rd day of February, 2006.

    Jerry Gulledge
    117 Collins Court
    Eufaula, Alabama  36027-6050

    s/ Gerald P. Gillespy
    OF COUNSEL