IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROYAL INDEMNITY COMPANY, et al.** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 2:05cv1127-B |
| | * | |
| **PEOPLE'S COMMUNITY BANK,** | * | |
| **INC., et al.** | * | |
| | * | |
| **Defendants.** | * | |

### NOTICE OF APPEARANCE

Comes now the undersigned, Clinton C. Carter, of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and hereby notices his appearance of counsel for Jerry Gulledge in the above-referenced matter.

/s/ Clinton C. Carter
**Clinton C. Carter (CAR112)**
Attorney for Jerry Gulledge

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:  334-269-2343
Facsimile:  334-954-7555

**PENN & SEABORN, L.L.C.**
Post Office Box 688
Clayton, Alabama 36016
Telephone:  334-775-9778
Facsimile:  334-775-9779

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gerald P. Gillespy
Jason A. Walters
Berry Flowers
**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100

Ted Taylor
Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205

Scott Burnett Smith
**BRADLEY, ARANT, ROSE & WHITE**
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900

Hailman B. Eady
**BRADLEY, ARANT, ROSE & WHITE**
One Federal Place
1819 5th Avenue North
Huntsville, Alabama 35203

Thomas R. Elliott
**LONDON, YANCEY & ELLIOTT, L.L.C.**
2001 Park Place, Suite 430
Birmingham, Alabama 35203

Mr. Charles A. Stewart, III
**BRADLEY, ARANT, ROSE & WHITE**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

/s/ Clinton C. Carter
**OF COUNSEL**