IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, et al. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:05cv1127-B |
| | * | |
| PEOPLE'S COMMUNITY BANK, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## MOTION TO WITHDRAW

Comes now the undersigned and hereby moves this Honorable Court to allow him to withdraw as counsel of record for Jerry Gulledge in the above-referenced matter. As grounds for said Motion, the undersigned shows unto the Court that Peter McInish will be representing Gulledge in this case. Furthermore, no parties will be prejudiced by said withdrawal.

/s/ Clinton C. Carter
Clinton C. Carter (CAR112)
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:   334-269-2343
Facsimile:   334-954-7555
Email:   clint.carter@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gerald P. Gillespy
Jason A. Walters
Berry Flowers
**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Email: jwalters@burr.com
Email: gillespy@burr.com

Scott Burnett Smith
**BRADLEY, ARANT, ROSE & WHITE**
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900
Email: ssmith@bradleyarant.com

Thomas R. Elliott
**LONDON, YANCEY & ELLIOTT, L.L.C.**
2001 Park Place, Suite 430
Birmingham, Alabama 35203
Email: telliott@lyelaw.com

Ted Taylor
Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
Email: taylorlaw9@aol.com
Email: lotaylor@taylorlawyers.com

Hailman B. Eady
**BRADLEY, ARANT, ROSE & WHITE**
One Federal Place
1819 5th Avenue North
Huntsville, Alabama 35203
Email: heady@bradleyarant.com

Mr. Charles A. Stewart, III
**BRADLEY, ARANT, ROSE & WHITE**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Email: cstewart@bradleyarant.com

/s/ Clinton C. Carter
**OF COUNSEL**