IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO. 2:05-cv-1127-MEF ) |
| PEOPLES COMMUNITY BANK, INCORPORATED., *et al.*, | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw As Attorney (Doc. #23) filed on February 20, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 28th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE