IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company | ) ) ) | |
| **Plaintiff** | ) | |
| vs. | ) | CASE NO.:2:05cv1127-F |
| PEOPLES COMMUNITY BANK INCORPORATED, LARRY PITCHFORD, JERRY GULEDGE, HARRIS LEVESON, and HARRIS PEST AND TERMITE CONTROL, INC., | ) ) ) ) | |
| **Defendants** | ) | |

## NOTICE OF ATTORNEY ADDRESS CHANGE

COMES NOW the law firm of BUTLER PAPPAS WEIHMLLER KATZ CRAIG LLP and hereby provides notice that effective May 5, 2006 all pleadings, correspondence and discovery directed to the undersigned should be sent to the firm's new Mobile address:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
1110 Montlimar Drive, Suite 1050 (36609)
P. O. Box 16328
Mobile, AL 36616

All telephone and facsimile numbers for the firm's Mobile office will remain the same.

Respectfully submitted,

/s/MICHAEL A. MONTGOMERY
JOHN C.S. PIERCE (PIERJ0347)
MICHAEL A. MONTGOMERY (MONTM9362)

OF COUNSEL:

BUTLER, PAPPAS, WEIHMULLER
    KATZ CRAIG LLP
P. O. Box 16328
Mobile, Alabama 36616
Telephone: (251) 338-3801
Facsimile: (251) 338-3805

## CERTIFICATE OF SERVICE

    I hereby certify that on this the ___17th___ day of May, 2006, I electronically filed the foregoing with the Clerk fo the Court usign the CM/EMF system which will serve notification of such filing to the following:

    Gerald P. Gillespy, Esq.
    Jason A. Walters, Esq.
    E. Ted Taylor, Esq.
    Leah O. Taylor, Esq.
    James D. Farmer, Esq.
    Christopher Max Mims, Esq.

                                   /s/ MICHAEL A. MONTGOMERY
                                   COUNSEL