IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN 21 A 9: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to Globe Indemnity Company | ) ) ) | |
| Plaintiff | ) | |
| vs. | ) | CASE NO.:2:05cv1127-F |
| PEOPLES COMMUNITY BANK INCORPORATED, LARRY PITCHFORD, JERRY GULLEDGE, HARRIS LEVESON, and HARRIS PEST AND TERMITE CONTROL, INC., | ) ) ) ) ) | |
| Defendants | | |

**VERIFIED APPLICATION FOR ADMISSION TO PRACTICE UNDER RULE VII OF THE RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR APPLICATION FORM FOR ADMISSION PRO HAC VICE**

Comes now Kathleen J. Maus, applicant herein, and respectfully represents the following:

1. Applicant resides at 143 Thistlewood Court, Tallahassee, Leon County, Florida, 32312, 850/ 894-4111. Social Security # 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.

2. Applicant is an attorney and managing partner of the Tallahassee office of Butler Pappas Weihmuller Katz Craig LLP, with offices at 3600 Maclay Blvd., Suite 101, Tallahassee, Leon County, Florida 32312, Telephone: (850) 894-4111.

3. Applicant has been retained personally or as a member of the above named law firm by Royal Indemnity Company to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative

agency of the State of Alabama.

4. Since September 27, 1991, applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Florida, where applicant regularly practices law. (Certificate of Good Standing from the Florida Supreme Court attached).

5. Applicant has been admitted to practice before the following courts:

| Court | Admitted |
|---|---|
| United States Supreme Court | 4/17/00 |
| Florida Supreme Court | 9/27/91 |
| 11th Circuit United States Court of Appeal | 6/14/02 |
| United States District Court, Northern District of Florida | 8/17/98 |
| United States District Court, Middle District of Florida | 3/20/92 |
| United States District Court, Southern District of Florida | 8/14/98 |

Applicant is presently a member in good standing of the Bars of those courts listed above.

6. Applicant presently is not subject to any disbarment proceedings by any court or bar association.

7. Applicant presently is not subject to any suspension proceedings by any court or bar association.

8. Applicant has never been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court.

9. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

10. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid

administrative, disciplinary, disbarment, or suspension proceedings.

11.   Local counsel of record associated with applicant in this matter is John C.S. Pierce, who has offices located at P. O. Box 161389, Mobile, Alabama 36616, Telephone: 251/338-3805, Facsimile: 251/338-3805.

12.   The following list accurately states the name and address of each party in this matter, whether or not represented by counsel, and the name of each counsel of record who has appeared:

> Gerald P. Gillespy, Esq.
> Jason A. Walters, Esq.
> E. Ted Taylor, Esq.
> Leah O. Taylor, Esq.
> James D. Farmer, Esq.
> Christopher Max Mims, Esq.
> Peoples Community Bank
> Larry Pitchford
> Jerry Guledge
> Harris Leveson
> Harris Pest and Termite Control

13.   Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

14.   Applicant respectfully requests to be admitted to practice in the above named court or administrative agency for this cause only.

I, Kathleen J. Maus, do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
Kathleen J. Maus, Esquire

Subscribed ans Sworn to before me this
__31st__ day of ~~February~~, 2006.
March

_____
Notary Public

*[Notary seal: Keli Jo Vargas, My Commission Expires September 19, 2007, #DD251158, Bonded thru Troy Fain-Insurance, Notary Public, State of Florida]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Reply to: Tallahassee Division

June 8, 2006

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **KATHLEEN JOHNSON MAUS**, Florida Bar Number **0896330**, was duly admitted to practice in said Court on **August 14, 1998**, and is in good standing as a member of the bar of said Court.

WILLIAM M. MCCOOL, CLERK OF COURT

_____
JEFFREY KAPLAN, DEPUTY CLERK

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |