# McDowell Knight

McDowell Knight Roedder & Sledge L.L.C.
LAWYERS

Christopher M. Mims
Direct Dial (251) 431-8817
cmims@mcdowellknight.com

2006 JUN 16 A 9: 54

June 13, 2006

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Please update my information as follows:

Christopher Max Mims
McDowell Knight Roedder & Sledge
P.O. Box 350
Mobile, AL 36601
251-432-5300 phone
251-432-5303 fax
cmims@mcdowellknight.com
ASB-3828-M58C
Fed.# mimsc3828

Thank you.

Christophor M. Mims