IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, as successor in interest to GLOBE INDEMNITY COMPANY, | ) ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) CASE NO. 2:05-cv-1127-MEF ) |
| PEOPLE COMMUNITY BANK, INC., *et al.,* | ) (WO-Not Recommended for Publication) ) ) |
| DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 27th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE