IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, *et al.*, ) ) ) Plaintiff, ) v. ) ) PEOPLES COMMUNITY BANK, ) INCORPORATED., *et al.*, ) ) Defendants. ) | CASE NO. 2:05-cv-1127-MEF |

## **O R D E R**

Upon consideration of the Motion for Christopher M. Mims' Motion to Withdraw (Doc. #31) filed on June 28, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE