IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO. 2:05-cv-1127-MEF ) |
| PEOPLES COMMUNITY BANK, INCORPORATED., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #32) filed on June 29, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before July 21, 2006 as to why the motion should not be granted.

DONE this 13th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE