IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1127-MEF |
| | ) |
| PEOPLES COMMUNITY BANK, INC., | ) (WO-Not Recommended for Publication) |
| *et al.*, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

This court has carefully considered the merits of the arguments made in support of and in opposition to the Motion to Reconsider or Set Aside Dismissal (Doc. # 32). It is hereby ORDERED that the Motion to Reconsider or Set Aside Dismissal (Doc. # 32) is DENIED.

DONE this the 24th day of October, 2006.

                                                /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE